# United States Court of Appeals
## For the First Circuit

---

Nos.  04-1808, 04-1809, 04-1810


IN RE: GRAND JURY PROCEEDINGS.

---


ON APPEALS FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS FROM ORDERS COMPELLING WITNESS
TESTIMONY BEFORE A GRAND JURY AND PROHIBITING THE WITNESS FROM
COMMUNICATING WITH THE APPELLANTS OR APPELLANTS' COUNSEL

---


**ERRATA**



The opinion of this court issued July 8, 2005, is amended as follows:

On page 9, first full paragraph, line 9, replace "mark" with "marks".

On page 11, note 5, line 1, replace "F.2d." with "F.2d".